IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20131
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

FABIAN ANDRADE,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-210-10
--------------------
June 14, 2000

Before JOLLY, DAVIS, and STEWART, Circuit Judges.

PER CURIAM:[*]

    The attorney appointed to represent Fabian Andrade has moved
for leave to withdraw and has filed a brief as required by <u>Anders
v. California</u>, 386 U.S. 738 (1967).  Andrade has received a copy
of counsel's motion and brief but has not filed a response.

    Our review of the record and brief discloses no nonfrivolous
issue for appeal.  Accordingly, counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.